**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHARLES E. FARMER,**

      **Petitioner,**

**v.**                                        **Case No.:  3:09cv529/MCR/EMT**

**KENNETH S. TUCKER,**

      **Respondent.**

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 16, 2011 (doc. 38).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 27th day of February, 2012.

s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**